1  Bernard R. Mazaheri
2  Mazaheri & Mazaheri
3  325 Shelby Street
   Frankfort, Kentucky 40601
4  Email - bernie@thelaborfirm.com
5  Tel - 602-529-4935

6  Attorney for Plaintiff Vicky Matthes

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Vicky Matthes, | Case Number 3:19-cv-8094-DWL |
|---|---|
| Plaintiff, | |
| v. | |
| Cascades Holding US Inc., | NOTICE OF SETTLEMENT |
| Defendant. | |

Dated this 12th day of June, 2019

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Attorney for Plaintiff Matthes

The Plaintiff, Vicky Matthes, pursuant to LRCiv 40.2(d) notifies the Honorable Court that the parties have reached a settlement.

Respectfully submitted this 12th day of June 2019,

**/s/ Bernard R. Mazaheri**
Bernard R. Mazaheri
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Email - bernie@thelaborfirm.com
Tel - 602-529-4935

Attorney for Plaintiff Matthes

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing will be served on all counsel of record via CM/ECF on this 12th day of June 2019.

**/s/ Bernard R. Mazaheri**
Bernard R. Mazaheri